## ELI REED v. STATE.

No. A-3425.    Opinion Filed April 29, 1920.
(189 Pac. 1102.)

Appeal from Superior Court, Okmulgee County; R. E. Simpson, Judge

Eli Reed was convicted of keeping a place with the intent to sell intoxicating liquors, and from his sentence to a fine and imprisonment he appeals. Reversed.

J. C. Evans, for plaintiff in error..

W. C. Hall, Asst. Atty. Gen.. for the State.

PER CURIAM. The plaintiff in error, Eli Reed, was convicted in the superior court of Okmulgee county on an information charging that he did keep a place on lot 4, block 43, city of Okmulgee, with

the intent and purpose of selling intoxicating liquors. Upon his trial the jury returned a verdict, finding him guilty and assessing his punishment at 5 years' imprisonment in the state penitentiary, and a fine of $1,250. To reverse the judgment an appeal was prefected by filing in this court on August 9, 1918, a petition in error with case-made. This was a prosecution under section 4, chapter 26, Session Laws 1913, which provision in the case of Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771, was held unconstitutional and void. For the reasons stated in the opinion in the Proctor Case, the judgment is reversed.